UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES MORGAN-DEROSIER,<br><br>　　　　　　Defendant. | Cr. No. 3:22-cr-5<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

　　Nicholas Morgan-Derosier's sentencing hearing is scheduled for January 19, 2023. Counsel asks the Court to continue his hearing for the following reasons:

1. Mr. Morgan-Derosier has received a draft copy of the Presentence Investigation Report (PSIR). Upon initial review, more time is necessary to prepare objections and to submit sentencing memoranda in advance of the sentencing hearing. Preparation involves consulting with defense experts relating to the offense conduct set forth in the draft PSIR.

2. Additionally, the U.S. Attorney's Office recently advised counsel of new discovery that has not but will be turned over. Defense counsel believes that discovery will be relevant to sentencing. Additional time is necessary to investigate that discovery.

　　The Government, through Assistant United States Attorney Jennifer Puhl, does not object to this motion.

Based on the foregoing, Mr. Morgan-Derosier moves the Court for an Order continuing the January 19, 2023, hearing for a period of at least 30 days.

Dated this 6th day of December, 2023.

    Respectfully submitted,

    JASON J. TUPMAN
    Federal Public Defender
    By:

    _/s/   Christopher P. Bellmore_
    Christopher P. Bellmore
    Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    112 Roberts Street North, Suite 200
    Fargo, ND 58102
    Telephone: 701-239-5111
    Facsimile:  701-239-5098
    filinguser_SDND@fd.org