UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES MORGAN-DEROSIER,<br><br>　　　　　Defendant. | Cr. No. 3:22-cr-5<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

Nicholas Morgan-Derosier's sentencing hearing is scheduled for February 23, 2024. Counsel asks the Court to continue his hearing for the following reasons:

1. A draft PSIR was recently re-disclosed to the parties. Defense counsel requires more time to draft objections and respond to the PSIR.

2. The parties need additional time to negotiate sentencing issues.

3. The parties agree that a continuance of eight weeks is sufficient.

The Government, through First Assistant United States Attorney Jennifer Puhl, does not object to this motion.

Based on the foregoing, Mr. Morgan-Derosier moves the Court for an Order continuing the February 23, 2024, hearing for a period of eight weeks.

Dated this 8th day of February, 2024.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>
> /s/   *Christopher P. Bellmore*
>Christopher P. Bellmore
>Anne M. Carter
>Assistant Federal Public Defenders
>Attorneys for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>112 Roberts Street North, Suite 200
>Fargo, ND 58102
>Telephone: 701-239-5111
>Facsimile:  701-239-5098
>filinguser_SDND@fd.org