UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES MORGAN-DEROSIER,<br><br>    Defendant. | Cr. No. 3:22-cr-5<br><br>**DEFENDANT'S MOTION FOR EXTENSION TO FILE SENTENCING MEMORANDUM** |

  Defendant Nicholas James Morgan-Derosier, through counsel, respectfully requests that the deadline for filing a sentencing memorandum of May 22, 2024, be extended to May 23, 2024.

  Under D.N.D. Crim. L. R. 32.1(B), sentencing memoranda should be served and filed no later than seven days before the sentencing hearing. The sentencing hearing in Mr. Morgan-Derosier's case is scheduled for May 29, 2024, and the sentencing memoranda would be due on May 22, 2024.

  After consultation with Mr. Morgan-Derosier, additional time is requested to research and draft the sentencing memorandum.

  Therefore, Mr. Morgan-Derosier respectfully requests the Court extend the deadline for filing a sentencing memorandum until May 23, 2024.

Dated this 21st day of May, 2024.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        /s/   *Christopher P. Bellmore*
        Christopher P. Bellmore
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        Federal Square, Second Floor
        112 Roberts Street North, Suite 200
        Fargo, ND 58102
        Telephone: 701-239-5111
        Facsimile:  701-239-5098
        filinguser_SDND@fd.org