UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES MORGAN-<br>DEROSIER,<br><br>　　　　　Defendant. | Cr. No. 3:22-cr-5<br><br>**NOTICE OF APPEAL** |

　　Notice is hereby given that Nicholas James Morgan-Derosier appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Criminal Case entered in this action on May 30, 2024.

　　Dated this 12th day of June, 2024.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JASON J. TUPMAN
　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Christopher P. Bellmore
　　　　　　　　　　　　　　　　Anne M. Carter
　　　　　　　　　　　　　　　　Assistant Federal Public Defenders
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　Districts of South Dakota and North Dakota
　　　　　　　　　　　　　　　　112 Roberts Street North, Suite 200
　　　　　　　　　　　　　　　　Fargo, ND 58102
　　　　　　　　　　　　　　　　Telephone: 701-239-5111
　　　　　　　　　　　　　　　　Facsimile:  701-239-5098
　　　　　　　　　　　　　　　　filinguser_SDND@fd.org