U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  3:22-cr-00005-PDW

USA v. Nicholas James Morgan-Derosier

Length of trial:  N/A

Financial Status:
- Fee Paid? ☐ Yes  ☑ No
- If **NO**, has IFP been granted? ☑ Yes  ☐ No
- Is there a pending motion for IFP? ☐ Yes  ☑ No

Are there any other pending post-judgment motions? ☐ Yes  ☑ No

Please identify the court reporter:  ☐ No hearings held

   Name:  Kelly Kroke

   Address:  655 1st Avenue North, Fargo ND 58102

   Telephone Number:  701-297-7000

Criminal cases only:
   Is the defendant incarcerated?  ☑ Yes (include address below)   ☐ No

   Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Nicholas James Morgan-Derosier
2024001357
Sherburne County Jail
13880 Business Ctr Dr NW
Elk River, MN 55330