UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES MORGAN-DEROSIER,<br><br>Defendant. | Cr. No. 3:22-cr-5<br><br>**DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTION** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Comes now Defendant Nicholas James Morgan-Derosier, by and through his attorney Assistant Federal Public Defender Christopher P. Bellmore, and hereby provides notice of his intent to request redaction of the initial appearance transcript (Doc. 173), the change of plea transcript (Doc. 175) and the sentencing hearing transcript (Doc. 176) that were filed on August 5, 2024.

Dated this 6th day of August, 2024.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

_/s/   Christopher P. Bellmore_
Christopher P. Bellmore
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org